IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
JAN 15 2010
TIMOTHY M. O'BRIEN, Clerk
By_____ Dep.

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 10-MJ-8010-DJW
)
LAMONT T. DRAYTON, )
)
Defendant. )
_____ )

## CRIMINAL COMPLAINT

I, Sean Brown, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about January 11, 2010, in the District of Kansas, the defendant,

### LAMONT T. DRAYTON,

knowingly, intentionally and unlawfully carried and used a firearm, namely, a .38 caliber Smith & Wesson revolver, serial number ABL0613, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine and possession with intent to distribute marijuana, and did possess said firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine and possession with intent to distribute marijuana; in violation of Title 18, United States Code, Section 924(c).

## COUNT 2

On or about January 11, 2010, in the District of Kansas, the defendant,

**LAMONT T. DRAYTON,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about January 11, 2010, in the District of Kansas, the defendant,

**LAMONT T. DRAYTON,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

The following facts were made known to me by personal observation or from information I received from ATF Agents, Kansas City Kansas Police Officers, and/or from other individuals:

1. I am a Detective with the Lawrence Kansas Police Department and have been so employed for the past 29 years. I am currently on assignment to the Lawrence/Douglas County Drug Enforcement Unit. In my official capacity, I have been involved in investigating state and federal violations for the past six years.

2. On January 11, 2010, at approximately 3:40 a.m., I located a silver Ford Explorer bearing Kansas registration 925-BTV in the parking lot of an apartment complex in the 1400 block of Westbrook, in Lawrence Kansas. I knew from my investigation

that Lamont routinely drove that vehicle. I knew Drayton had an active Douglas County District Court warrant #08CRF1779 for his arrest for Aggravated Assault and Battery. I knew Drayton also had an active Lawrence Municipal Court warrant #2007CR1993-CP for Possession of Marijuana and Interference with the Duties of a Police Officer.

3. Lawrence Police Officer Micky Rantz and I took positions of surveillance where we could watch the Explorer and the apartment building. Other officers were nearby to assist in taking Drayton into custody. At approximately 4:44 p.m., both Officer Rantz and I observed Drayton exit an apartment building carrying a dark blue gym bag. He walked directly to the Explorer and got in the driver's side. Other officers were notified and stopped Drayton for the purpose of serving the arrest warrants. Officer Rantz was present when Drayton was taken into custody. When he was handcuffed, a loaded .38 caliber Smith & Wesson revolver, serial number ABL0613, was removed from where it was concealed, in his waistband. The serial number of the revolver was run through NCIC and the gun was reported stolen out of Leavenworth.

4. The driver's door of the Explorer was standing open following Drayton's arrest. Officer Rantz was able to see a small amount of marijuana in plain view on the console between the front seats. The blue gym bag Drayton carried to the car was on the front passenger's seat. A search of the gym bag revealed individually packaged bags of marijuana, three bags of powder cocaine and a set of scales with white powder residue on them. There was additional marijuana under the rear seat of the Explorer. Officer Rantz is certified in the use of narcotics field test kits. He

used a field test kit to test a portion of the suspected marijuana and obtained a positive presumptive test for marijuana. He used field test kit to test the suspected cocaine and obtained a positive presumptive test for cocaine. Officer Rantz weighed the drugs in their packaging, with the cocaine weighing approximately 33 grams and the marijuana weighing approximately ¾ of a pound. Following the search of the vehicle the gun and drugs were secured as evidence under a Lawrence Police Department case number.

5. I believe the facts and circumstances related in the previous paragraphs constitute probable cause to believe that Lamont T. Drayton, knowingly and unlawfully violated Federal laws noted above.

_____
Sean Brown
Detective, Lawrence Kansas Police Department

Sworn to before me and subscribed in my presence this 15th day of January, 2010, at Kansas City, Kansas.

_____
DAVID J. WAXSE
UNITED STATES MAGISTRATE JUDGE
District of Kansas

4

Penalties:

COUNT 1 -

- NLT Mandatory Minimum 5 years and NMT Life Imprisonment; (consecutive),
- NMT $250,000.00 Fine,
- NMT 5 years S.R., and
- $100 Special Assessment.

COUNT 2 -

- NMT 20 years Imprisonment,
- NMT $1,000,000.00 Fine,
- NLT 3 years S.R., and
- $100 Special Assessment.

In the event of a prior conviction for a felony drug offense:

- NMT 30 years Imprisonment,
- NMT $2,000,000.00 Fine,
- NLT 6 years S.R., and
- $100 Special Assessment.

COUNT 3 –

- NMT 5 years Imprisonment,
- NMT $250,000.00 Fine,
- NLT 2 years S.R., and
- $100 Special Assessment;

In the event of a prior conviction for a felony drug offense:

- NMT 10 years Imprisonment,
- NMT $500,000.00 Fine,
- NLT 4 years S.R., and
- $100 Special Assessment;